FILED

3:22cv368 TJC-MCR

2022 MAR 30 AM 9:00

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Clerk of the Courts

My name is Jahmal Freeman and I am housed in the John E. Goode Pre-trial Detention Facility (Duval County Jail) located on 500 East Adams Street, Jacksonville FL 32202. I am writing to Complain against this Facilities Chaplain, and file a civil Suit (1983) for violating my well established rights listed in the U.S. Constitution, and the universal declaration of Human rights. I have filed numerous request in regards to my religion. I am a Hebrew Israelite. I have requested a turban, torah, Hebrew Classes, Hebraic roots study bible, Diadems, and a prayer rug, all which is being denied. There are other Hebrew israelites requesting the same material such as seen below. The Chaplains I have Spoken to, filed request and grievances to is. Wilbert Thomas, and Mellanease Clark. I would like to sue the Jails Chaplain Thomas Wilbert, and Mellanease Clark, for violating my Hebrew israelite brothers, and my well established rights listed in the U.S. Constitution, and the universal declaration of Human rights.

The entire Chaplain here at the Jail is extremly inadequate.

Sincerly, J. Freeman

Jahmal Freeman 2018000319
500 East adams Street
Jacksonville, FL 32202

Jaikeim Ellison 2020017665
500 East adams Street
Jacksonville, Fl 32202

JONOTHAM HAIRSTON #2021@287
560 EAST ADAMS STREET
JACKSONVILLE, FL 32202